# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**BOBBY DARRYL NOEL**                                                                 **PLAINTIFF**

**V.**                                                                                         **NO. 3:11CV105-M-V**

**COMMISSIONER OF SOCIAL SECURITY**                                       **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated February 17, 2012, was on that date duly served upon counsel for the parties; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated February 17, 2012, is hereby approved and adopted as the opinion of the Court.

2. That the Complaint herein is **DISMISSED with prejudice** for failure to prosecute and for failure to obey an order of the Court.

**THIS**, the 28th day of March, 2012.

**/s/ MICHAEL P. MILLS**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**